UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
JOHN DOE,                                                      :
                                                               :
                         Plaintiff,          :   Civil Action No.:
                                                               :
          v.                                                 :   **NOTICE OF MOTION**
                                                               :
INTEL CORPORATION, ALAA BADR, and                              :
ABDUL JARRAR,                                                  :
                                                               :
                       Defendants.         :
---------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated August 13, 2024, Plaintiff John Doe by and through undersigned counsel, respectfully seeks an Order from this Court at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, to proceed anonymously under a pseudonym in this action pursuant to Rule 10(a) of the Federal Rules of Civil Procedure.

Dated: August 13, 2024
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    Douglas H. Wigdor
    Michael J. Willemin
    Monica Hincken
    Kassandra Vazquez

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
mwillemin@wigdorlaw.com
mhincken@wigdorlaw.com
kvazquez@wigdorlaw.com

*Counsel for Plaintiff*