UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
JOHN DOE,                                            :
                                                     :  Civil Case No.:
                              Plaintiff,             :
       v.                                            :
                                                     :
INTEL CORPORATION, ALAA BADR and                     :
ABDUL JARRAR,                                        :
                                                     :
                              Defendants.            :
---------------------------------------------------------- X

**DECLARATION OF DOUGLAS H. WIGDOR IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY PURSUANT TO FRCP RULE 10(A)**

I, Douglas H. Wigdor, hereby declare as follows:

1. I am a partner at Wigdor LLP and counsel for Plaintiff John Doe.

2. I make this Declaration in support of Plaintiff's motion to proceed anonymously.

3. The identity of Plaintiff John Doe was confidentially disclosed to counsel for Defendants prior to the filing of the Complaint.

4. The Complaint was filed on August 13, 2024.

5. In this action, Plaintiff has not spoken publicly about the incidents that underly the causes of action in his Complaint.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 13, 2024
       New York, New York

_____
Douglas H. Wigdor