**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- X

JOHN DOE,                                                    :
                                                             :
                            Plaintiff,          :       Civil Action No.:
                                                             :
          v.                                                  :
                                                             :       <u>**NOTICE OF APPEARANCE**</u>
INTEL CORPORATION, ALAA BADR,                                :
ABDUL JARRAR                                                 :
                                                             :
                       Defendants.        :

--------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Michael Willemin of Wigdor LLP hereby enters his

appearance as counsel on behalf of Plaintiff John Doe in the above-captioned matter.

Dated: August 13, 2024
       New York, New York               Respectfully submitted,

                                      **WIGDOR LLP**

                                      By: _____
                                          Michael J. Willemin

                                    85 Fifth Avenue
                                    New York, NY 10003
                                    Telephone: (212) 257-6800
                                    Facsimile: (212) 257-6845
                                    mwillemin@wigdorlaw.com

                                    *Counsel for Plaintiff*