UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOHN DOE,                                          :
                                                   :
                      Plaintiff,                   :     Civil Action No.:
                                                   :
         v.                                        :
                                                   :     **NOTICE OF APPEARANCE**
INTEL CORPORATION, ALAA BADR,                      :
ABDUL JARRAR                                       :
                                                   :
                      Defendants.                  :
------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that Monica Hincken of Wigdor LLP hereby enters her appearance as counsel on behalf of Plaintiff John Doe in the above-captioned matter.

Dated: August 13, 2024
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
     Monica Hincken

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mhincken@wigdorlaw.com

*Counsel for Plaintiff*