UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOHN DOE, :
 :
                          Plaintiff, :   Civil Action No.:
 :
      v. :
 :
 :   **NOTICE OF APPEARANCE**
INTEL CORPORATION, ALAA BADR, :
ABDUL JARRAR :
 :
                      Defendants. :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Kassandra Vazquez of Wigdor LLP hereby enters her appearance as counsel on behalf of Plaintiff John Doe in the above-captioned matter.

Dated: August 13, 2024
       New York, New York                      Respectfully submitted,

                                                      **WIGDOR LLP**

                                                      By: _____
                                                           Kassandra Vazquez

                                                    85 Fifth Avenue
                                                    New York, NY 10003
                                                    Telephone: (212) 257-6800
                                                    Facsimile: (212) 257-6845
                                                    kvazquez@wigdorlaw.com

                                                    *Counsel for Plaintiff*