UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-v-

INTEL CORPORATION, *et al.*,

                Defendant.

24-CV-6117 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The parties' request for a temporary stay (ECF No. 50) is GRANTED. All conferences and deadlines set by this Court are ADJOURED *sine die*, including the conference scheduled for November 13, 2024, the November 5, 2024 deadline for Plaintiff to indicate whether he intends to proceed under his real name and the related deadline for Plaintiff to file an amended complaint under his real name, and the deadline for filing a motion for reconsideration of the Court's order denying Plaintiff's request to proceed anonymously. Pursuant to Rule 4(a)(5)(A) of the Federal Rules of Appellate Procedure, either party may file a motion for a 14-day extension of the deadline to file a notice of appeal. *See Bowles v. Russell*, 551 U.S. 205, 213 (2007). The automatic referral to the SDNY mediation program (ECF No. 43) is VACATED.

    The parties shall file a joint status letter with the Court on or before February 20, 2025, or within 14 days of the completion of private mediation, whichever is earlier.

    The Clerk of Court is directed to (1) terminate the motion at ECF No. 50, and (2) mark this action as STAYED.

    SO ORDERED.

Dated: October 30, 2024
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge