UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN DOE,

                Plaintiff,

      v.

INTEL CORPORATION, ALAA BADR and
ABDUL JARRAR,

                Defendants.
-----------------------------------------------------------X

Civil Action No.: 1:24-cv-06117-JPO

**NOTICE OF APPEAL**

      **PLEASE TAKE NOTICE** that Plaintiff John Doe hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on October 22, 2024 denying Plaintiff's Motion for Leave to Proceed Anonymously (see Dkt. No. 46).

Dated: December 20, 2024
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    Douglas H. Wigdor

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com

*Counsel for Plaintiff*