UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JOHN DOE,

        Plaintiff,

        v.

INTEL CORPORATION,
ALAA BADR and ABDUL JARRAR,

        Defendants.
------------------------------------------------------------ X

Civil Action No. 1:24-cv-06117

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the above-captioned action shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees to any party as against the other.

STIPULATED AND AGREED:

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Melissa C. Rodriguez
Melissa C. Rodriguez
101 Park Avenue
New York, New York 10178-0060

*Attorneys for Intel Corporation*

LAW OFFICES OF
BARBARA MEISTER CUMMINS

By: /s/ Barbara Meister Cummins
Barbara Meister Cummins
425 Madison Avenue, 17th Floor
New York, NY 10017

*Attorneys for Abdul Jarrar*

WIGDOR LLP

By: _____
Michael Willemin
85 Fifth Avenue
New York, New York 10003

*Attorney for Plaintiff*

ANTI-DEFAMATION LEAGUE

By: /s/ James Pasch
James Pasch
605 Third Avenue
New York, NY 10158-3650

*Attorney for Plaintiff*

LAW OFFICES OF VINCENT E. BAUER

By: _____
Vincent E. Bauer
425 Madison Avenue, 17th Floor
New York, New York 10017

*Attorney for Alaa Badr*

SO ORDERED:

_____
Paul Oetken, U.S.D.J.